IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IVANA D. RINEHART, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:18-cv-00171-O |
| | § | |
| ALLIANCEONE RECEIVABLES MANAGEMENT, INC, | § § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File a Document Under Seal (ECF No. 19), filed May 6, 2019. In the motion, Plaintiff's attorneys ask the Court to file their motion to withdraw as counsel under seal in order to protect their personal information. Plaintiff's attorneys explain they seek to withdraw because Plaintiff has not responded to any phone calls, text messages, or emails for several weeks. Absent extraordinary circumstances, this Court's local rules require Plaintiff's consent before her attorneys may withdraw. *See* LR 83.12. Accordingly, the Court **ORDERS** Plaintiff to file a status report with the Court **on or before May 27, 2019**. The report should indicate whether she consents to her attorneys' withdrawal and whether she intends to continue this litigation.[1] The Court **ORDERS** Plaintiff's attorneys to provide this order to Plaintiff in any manner reasonably calculated to provide her notice and to then file on the docket of this case a notice explaining how they provided her notice.

**SO ORDERED** on this **13th day** of **May, 2019.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] The Court defers ruling on the motion for leave and the motion to withdraw until it receives this information from Plaintiff.

1